IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
   Sheila Washington )   Bankruptcy No.  20 B 02576
)   Chapter 13
)
       Debtor )
)

**DECLARATION OF COMPLIANCE**

The Debtor(s),  __Sheila Washington__  and _____, under penalty of perjury, state as follows:  (Check all applicable statements)

1. __XXX__ A.   Since the filing of this bankruptcy, I/we have not been required by a judicial or administrative order, or by statute to pay any domestic support obligation as defined in 11 U.S.C. §101 (14A).

**OR**

_____B.   I/We have paid all amounts that first became due and payable after the filing of this bankruptcy, which I am required to pay under a domestic support obligation, as defined in 11 U.S.C. §101(14A), required by a judicial or administrative order, or by statute.

2. __XXX__   I/We have filed all State and local tax returns required by law to be filed for all taxable periods ending during the 4-year period prior to the filing of this bankruptcy, or, if I have not filed a tax return for any of the 4 years, I was/we were not required to file a tax return for those years.

**By signing this declaration, I/we ackowledge that all of the statements contained herein are true and accurate that Court may rely on the truth of each of these statements in determining whether to confirm the Chapter 13 Plan.  The Court may revoke confirmation of the Chapter 13 Plan if the statements relied upon are not accurate.**

_/s/ Sheila Washington_
Debtor